**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Wendell Anthony JACKSON,
Defendant—Appellant.**

**No. 06–6800.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Aug. 31, 2006.

Wendell Anthony Jackson, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wendell Anthony Jackson appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United*

*States v. Jackson*, No. 3:97–cr–00184–13 (W.D.N.C. filed Apr. 11, 2006 & entered Apr. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*